UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GEORGE DUGARS, JR.                                        CIVIL ACTION

VERSUS                                                    NO: 05-0241

TIM WILKINSON, WARDEN, ET AL.                             SECTION: "R" (6)

## ORDER

The Court having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection tot he Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore,

**IT IS ORDERED** that plaintiff's §2254 action be DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 5th day of December, 2006.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE